**Opinion issued April 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00946-CV

———————————

**STUART N. WILSON AND STUART N. WILSON & ASSOCIATES, P.C.,**
**Appellants**

**V.**

**SILVIA TREVINO, Appellees**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 18-DCV-257235**

---

## MEMORANDUM OPINION

This is an attempted appeal from the trial court's interlocutory order granting

in part and denying in part Sylvia Trevino's motion to dismiss pursuant to the Texas

Citizen's Participation Act. Appellee filed a motion to dismiss this appeal, asserting

that this Court has no jurisdiction over this appeal. This Court requested a response,

and rather than responding to the motion to dismiss, appellants filed a voluntary motion to dismiss stating that they no longer wish to pursue their appeal. Because appellants' motion to dismiss was not a joint or agreed motion and there was no certificate of conference, we held this motion for ten days for a response. *See* TEX. R. APP. P. 10.3. No response was filed.

Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3; 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.